# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 23-202-1 (BAH) |
| KENNETH ADEMOLA OLUGBENGA, | Judge Beryl A. Howell |
| Defendant. | |

## DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS' (DOC) MOTION TO BE HEARD ON COURT'S AUGUST 8, 2024 ORDER TO WARDEN, DIRECTOR OF D.C. JAIL

The DOC received the Court's August 8, 2024 Order to Warden, Director of D.C. Jail (August 8 Order), which ordered the DOC to provide the defendant, Kenneth Olugbenga (Defendant), with a discovery laptop for the purposes of viewing discovery in preparation for a plea hearing scheduled for August 15, 2024. The August 8 Order was issued pursuant to representations of made by the Defendant that he did not have access to discovery since being housed in DOC facilities.

However, the DOC wishes to be heard on the issuance of the August 8 Order for the following reasons:

1. The Order cannot be complied with because the electronic discovery procedure of the agency was not followed by counsel for the defendant. By way of explanation, in order for the defendant to be provided with a laptop, counsel for the Defendant first needs to facilitate delivery a flash drive that contains the discovery. According to DOC's records, this has not been done yet. If DOC were to provide Defendant with a laptop, he would not be able to view discovery because his attorney did not deliver a flash drive to DOC;

2. The impact of the August 8 Order impacts the equitability of the laptop program and undercuts the agency's current policy. In other words, DOC currently houses approximately 1,900 residents in its custody and has approximately 17 electronic discovery review laptops for the entire resident population. By ordering DOC to provide the Defendant in this case with a laptop has the potential to take away laptop access to those DOC residents who properly followed the electronic discovery review policy.

For the foregoing reasons, the DOC requests this Court to: (1) provide the agency with an opportunity to be heard on the operational infeasibility and complying with the August 8 Order; and (2) that the August 8 Order be held in abeyance until DOC can be provided with an opportunity to be heard on this matter.

Respectfully Submitted,

_____
Andrew P. Mazzuchelli
Deputy General Counsel
District of Columbia Department of Corrections


Copies to:
Stephen F. Brennwald
*Counsel for the Defendant*

Matthew Kinskey
*Counsel for the Government*

Sitara Witanachchi
*Counsel for the Government*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the forgoing Notice has been served via email upon the Office of the United States Attorney as well as counsel for the Defendant, Kenneth Olugbenga, this 8th Day of August 2024.

_____
Andrew P. Mazzuchelli
Deputy General Counsel
District of Columbia Department of Corrections