Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 23-202-01 (BAH)
)
KENNETH OLUGBENGA )
)
)

**FILED**
AUG 1 5 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## WAIVER OF INDICTMENT

I, _____KENNETH OLUGBENGA_____, the above-named defendant, who is accused of

Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine, a Mixture and Substance Containing a Detectable Amount of Cocaine Base, and a Mixture and Substance Containing a Detectable Amount of Marijuana, in violation of Title 21, United States Code, Sections 846, 841(a)(1), (b)(1)(B)(ii), (b)(1)(C), and (b)(1)(D)) and Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i))

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____August 15, 2024_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____Beryl A. Howell_____  Date: _____August 15, 2024_____
**BERYL A. HOWELL**
United States District Judge