UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                    :

    v.                            : Crim. No. 23-202 (BAH)

KENNETH A. OLUGBENGA             :

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

COMES NOW Defendant, Kenneth Olugbenga, through undersigned counsel, Stephen F. Brennwald, and in support of his Unopposed Motion to Continue Sentencing Hearing, states as follows:

Defendant is scheduled to appear for sentencing next Friday, February 28, 2025, at 9:30 a.m.

Unfortunately, counsel has not yet been able to gather all of the information he needs to prepare his sentencing memorandum, and he expects that it will take several more weeks to obtain that information.

Secondly, and more critically, undersigned counsel now has a potential conflict with the current date for the following reason:

A little over four years ago, a close friend of undersigned counsel – Brian Bregman - was murdered in his home in Laurel, Maryland. Five people were charged in his killing, four of them with first and second-degree murder.

The two main defendants in the case are scheduled to be sentenced on February 28, 2025, at 9:30 a.m. in the Circuit Court for Prince George's County, Maryland – the same date as the sentencing in this case. Undersigned counsel strongly desires to attend that hearing, and give an oral statement to the Court.

Because of the way cases are heard in the Circuit Court for Prince George's County, it is impossible to tell at what time the sentencing hearing will actually begin and conclude on February 28 even though it is scheduled for 9:30 a.m.

Counsel feels strongly about attending and speaking at the hearing because Mr. Bregman's family has chosen not to attend the hearing.  One of Mr. Bregman's brothers attended the recent trial of the fifth defendant charged in the case, and was forced, yet again, to relive, through images and video recordings (there were video cameras inside and outside of Mr. Bregman's home), the tragic final moments of his brother's murder.  Surprisingly, the last defendant was found not guilty of the murder despite overwhelming evidence, and the Bregman family is so upset with that outcome after having attended the trial for weeks that it does not want to step foot in that courthouse again.

However, the two main defendants, both of whom pled guilty, will be sentenced on February 28, 2025, and counsel wishes to step in on behalf of the Bregman family to tell the Court (Judge Dorothy Engel) about Mr. Bregman's life and the great positive impact his life had on so many people. (Aside from being an excellent trial lawyer, he was a reserve police officer and a paramedic who, ironically, was a crime scene expert.)

The government, graciously, does not oppose this request.

The parties have conferred with this Court's courtroom deputy, and it appears that four dates later in March are available.

WHEREFORE, for the foregoing reasons, as well as for any other reasons that may appear to this Court, defendant prays that the hearing set for Friday, February 28, 2025, be vacated, that a new sentencing hearing be set on March 20, 21, 26 or 27, 2025 (other than

between 10:30 a.m. and 11:30 a.m. on the 27th), and for any other relief this Court deems just and proper.

                                        Respectfully submitted,

                                        /s/

                                        Stephen F. Brennwald, Esq.
                                        Bar No. 398319
                                        Brennwald & Robertson, LLP
                                        922 Pennsylvania Avenue, S.E.
                                        Washington, D.C.  20003
                                        (301) 928-7727
                                        (202) 544-7626 (facsimile)
                                        E-mail:  sfbrennwald@cs.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 20th day of February, 2025, to all counsel of record.

                                        /s/

                                        Stephen F. Brennwald